IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| GAYLEN D COMBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C06-4048 MWB |
| | ) | |
| | ) | JUDGMENT FOR ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, MICHAEL J ASTRUE, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the plaintiff and against the defendant. The court awards $5, 803.95 (five-thousand eight-hundred and three dollars and ninety-five cents) in attorney fees, which shall be paid by the Social Security Administration.

DATED: January 24, 2008

                                                            Robert L Phelps
                                                            Clerk
                                                            S/src
                                                            (By) Deputy Clerk